# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>6226 N. 91st Street #1, Milwaukee, WI, as<br>further described in Attachment A | Case No. 24-950M(NJ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   __Eastern__   District of   __Wisconsin__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   __January 2, 2025__   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   __Hon. Nancy Joseph__  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   __12/19/2024 @ 5:37 p.m.__      *[signature: Nancy Joseph]*
                                                                                            *Judge's signature*

City and state:   __Milwaukee, WI__                      Honorable Nancy Joseph, U.S. Magistrate Judge
                                                                                             *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A
## Property to Be Searched

The residence located at **6226 N. 91st Street #1 Milwaukee, Wisconsin**, is a single unit, Apartment #1 in a four-unit apartment building that has tan siding on the upper part of the building, and brick on the lower part of the building with a dark wood slated entryway over the front door. The numbers 6226 are affixed to the top of the dark wood entryway to the four-unit building.



1

## ATTACHMENT B
**Particular Items to Be Seized**

The body of Marzell Fullilove (dob: X/X/1995), a black male, approximately 5'8" tall and approximately 220 lbs.

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 24-950M(NJ)
6226 N. 91st Street #1, Milwaukee, WI, as )
further described in Attachment A )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A.

located in the     Eastern     District of     Wisconsin    , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
    ☐ evidence of a crime;
    ☐ contraband, fruits of crime, or other items illegally possessed;
    ☐ property designed for use, intended for use, or used in committing a crime;
    ☒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 3583 | Violations of the conditions of supervised release. |

The application is based on these facts:
See Attached Affidavit.

    ☒ Continued on the attached sheet.
    ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

MATTHEW MASON *(Digitally signed by MATTHEW MASON Date: 2024.12.19 14:40:54 -06'00')*

*Applicant's signature*

Matthew Mason, ATF SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by     telephone     *(specify reliable electronic means).*

Date: 12/19/2024

*Judge's signature*

City and state: Milwaukee, WI     Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Matthew Mason, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the residence located at **6226 N. 91st Street #1, Milwaukee, WI** and more particularly described in Attachment A for the person listed in Attachment B.

2. I am a Task Force Officer (TFO) with the United States Marshals Service, and I have been employed full time as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) for more than nine (9) years. One of my primary duties is to investigate and arrest state and federal Fugitives. Your affiant is assigned to the U.S. Marshals Fugitive Task Force and has been since December 2019, being involved in numerous fugitive investigations during this period. Many of these investigations were aided by procurement of records related to electronic communications and subsequent analysis of those records. In most of those cases, the records provided critical investigative leads and corroborative evidence. I have had previous experiences using electronic location data in order to locate and apprehend fugitives from justice. I am an investigator or law enforcement officer of the United States within the meaning of 18 U.S.C. Section 2510(7), in that I am empowered by law to conduct investigations.

3. The facts in this affidavit come from my personal observations, my training and experience, and from information obtained from other investigators and witnesses.

1

This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. On March 3, 2022, Marzell D. Fullilove (dob: 1/29/1995) was sentenced in the Eastern District of Wisconsin to 36 months imprisonment and a term of two years of supervised release after being convicted of violating Title 18 U.S.C. section 922(g)(1) – Felon in Possession of Ammunition in Case No. 2:21-CR-00051.

5. On September 1, 2023, Fullilove commenced his term of supervision in the Eastern District of Wisconsin. On September 5, 2024, Judge Stadtmueller issued an arrest warrant for Fullilove after finding he violated the terms of his supervised release.

6. Upon being assigned the case, your affiant began a review of the casefile, including reports from the United States Probation Office for the Eastern District of Wisconsin. Your affiant discovered that Fullilove has a known Instagram account, located at https://www.instagram.com/lowendzelly. Upon review, your affiant noted that the photos posted to that Instagram account appeared to be of the same individual in USMS booking photographs and known photographs that your affiant reviewed of Fullilove.

7. On October 31, 2024, Magistrate Judge William Duffin authorized a pen register trap and trace, as well as a search warrant for information related to the identified Instagram account for Fullilove. Results of the on-going pen register trap and trace of FULLILOVE's Instagram account, show that between the dates of December 1, 2024, through December 4, 2024, log-in IP addresses for the account have appeared and verifies that Fullilove has been utilizing his account. Identified IP addresses show that there is

2

consistent usage of a T-Mobile device. The most recent IP Address is shown to be 2607:fb90:d301:1aa3:3caf:7d3e:99c3:154c, utilized 2024-12-04 16:25:57 UTC by a device whose service provider is T-Mobile.

      8.      On December 11, 2024, your affiant was monitoring Fullilove's social media, "Lowend Zelly" and observed and took a screenshot of the post below, which shows a picture of and references the suspect now charged with murdering the CEO of United HealthCare in New York City and adds "As a black man we need to start doing this shit to cops NBS [no bull shit]."



9. On December 12, 2024, the Honorable Nancy Joseph signed a search warrant for the cellular device using the above-described IP address on various occasions including on December 4, 2024. Upon review of records received pursuant to that search warrant the above-described IP address, which was used multiple times to log into

4

Case 2:24-mj-00950-NJ    Filed 12/19/24    Page 9 of 13    Document 1

Fullilove's Instagram account, is registered to **6226 N. 91st Street #1 Milwaukee, Wisconsin**.

10. On December 19, 2024, during physical surveillance of the apartment building located at **6226 N. 91st Street #1 Milwaukee, Wisconsin**, your affiant observed a grey Mazda SUV parked in the rear parking lot of **6226 N. 91st Street #1 Milwaukee, Wisconsin.** The Mazda SUV, bearing Wisconsin registration AYE7017, is registered to Fullilove. The Mazda SUV is also the same vehicle Fullilove was driving when he fled from EDWI USPO officers and law enforcement during a federal probation home search conducted on September 4, 2024. Prior to fleeing, Fullilove admitted to his supervising federal probation officer that there was a large quantity of marijuana in the Mazda SUV, which he then used to flee from USPO agents.

11. Additionally, a check of law enforcement databases that captures license/registration plates for vehicles revealed that Fullilove's Mazda SUV has been observed via license plate readers on multiple occasions parked behind **6226 N. 91st Street #1 Milwaukee, Wisconsin** since September 2024.

12. Additionally, your affiant spoke to the landlord of the apartment building located at **6226 N. 91st Street #1 Milwaukee, Wisconsin** and the landlord stated that the current renter of Apartment #1 is Z.W. Your affiant is also aware that Z.W. is a current "follower" of Fullilove's social media account on Instagram.

13. Fullilove is a "person to be arrested" within the meaning of Federal Rule of Criminal Procedure 41(c)(4). There is also probable cause to search the residence

5

described in Attachment A for the body of Marzell Fullilove, (dob: 1/29/1995) black male, approximately 5'8" tall and 220 lbs, described in Attachment B. Your affiant is requesting that the court grant this search warrant for case agents to enter **6226 N. 91st Street #1 Milwaukee, Wisconsin,** to locate **Fullilove** and take him into custody for his pending federal arrest warrant.

6

## ATTACHMENT A
### Property to Be Searched

The residence located at **6226 N. 91st Street #1 Milwaukee, Wisconsin**, is a single unit, Apartment #1 in a four-unit apartment building that has tan siding on the upper part of the building, and brick on the lower part of the building with a dark wood slated entryway over the front door. The numbers 6226 are affixed to the top of the dark wood entryway to the four-unit building.



7

## ATTACHMENT B
**Particular Items to Be Seized**

The body of Marzell Fullilove (dob: X/X/1995), a black male, approximately 5'8" tall and approximately 220 lbs.